FILED

JAN X 3 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON GRAPHICS, INC. II SECURITIES LITIGATION | ) Master File No. C-97-4362-SI ) ) CLASS ACTION ) |
| This Document Relates To: | ) [PROPOSED] ORDER APPROVING PLAN ) OF ALLOCATION OF SETTLEMENT ) PROCEEDS ) |
| ALL ACTIONS. | ) DATE: January 3, 2002 ) TIME: 3:30 p.m. COURTROOM: The Honorable Susan Illston |

1 | This matter having come before the Court on Lead Plaintiffs' Motion for Approval of Plan
2 | of Allocation of settlement proceeds in the above-captioned action; the Court having considered all
3 | papers filed and proceedings had herein; and otherwise being fully informed in the premises;
4 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:
5 | 1. For purposes of this Order, the terms used herein shall have the meanings set forth
6 | in the Stipulation of Settlement dated as of September 1, 2001 ("Stipulation").
7 | 2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure,
8 | this Court hereby finds and concludes that due and adequate notice was directed to all Persons and
9 | entities who are Class Members, advising them of the Plan of Allocation and of their right to object
10 | thereto, and a full and fair opportunity was accorded to all Persons and entities who are Class
11 | Members to be heard with respect to the Plan of Allocation.
12 | 3. The Court hereby finds and concludes that the formula for the calculation of the
13 | claims of Authorized Claimants which is set forth in the Memorandum of Points and Authorities in
14 | Support of Approval of Plan of Allocation of settlement proceeds and in the Notice of Pendency and
15 | Proposed Settlement of Class Action ("Notice"), sent to Class Members, provides a fair and
16 | reasonable basis upon which to allocate the proceeds of the Settlement Fund established by the
17 | Stipulation among Class Members, with due consideration having been given to administrative
18 | convenience and necessity. This Court hereby finds and concludes that the Plan of Allocation set
19 | forth in the Notice is, in all respects, fair, reasonable and adequate and the Court hereby approves
20 | the Plan of Allocation.
21 | IT IS SO ORDERED.

DATED: 1/3/02

THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF
SETTLEMENT PROCEEDS - C-97-4362-SI                                                              - 1 -

1  Submitted by:

2  MILBERG WEISS BERSHAD
     HYNES & LERACH LLP
3  WILLIAM S. LERACH
   KEITH F. PARK
4  TRAVIS E. DOWNS, III
   AMBER L. ECK
5  KAREN A. BATCHER

6  _____
7              KEITH F. PARK

8  600 West Broadway, Suite 1800
   San Diego, CA 92101
9  Telephone: 619/231-1058
   619/231-7423 (fax)
10
   MILBERG WEISS BERSHAD
11   HYNES & LERACH LLP
   PATRICK J. COUGHLIN
12 100 Pine Street, Suite 2600
   San Francisco, CA 94111
13 Telephone: 415/288-4545
   415/288-4534 (fax)
14
   BARRACK, RODOS & BACINE
15 STEPHEN R. BASSER
   MATTHEW P. MONTGOMERY
16 402 West Broadway, Suite 850
   San Diego, CA 92101
17 Telephone: 619/230-0800
   619/230-1874 (fax)
18
   WOLF POPPER LLP
19 MARIAN P. ROSNER
   PATRICIA I. AVERY
20 845 Third Avenue
   New York, NY 10022
21 Telephone: 212/759-4600
   212/486-2093 (fax)
22
   WEISS & YOURMAN
23 KEVIN J. YOURMAN
   ELIZABETH P. LIN
24 10940 Wilshire Blvd., 24th Floor
   Los Angeles, CA 90024
25 Telephone: 310/208-2800
   310/209-2348 (fax)
26
   Co-Lead Counsel for Plaintiffs
27

28  N:\CASES\Sil-gra3.set\BMG82347.ord

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF
SETTLEMENT PROCEEDS - C-97-4362-SI