FILED
JAN X 3 2002
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON GRAPHICS, INC. II SECURITIES LITIGATION ) <br> ) <br> ) <br> ) <br> This Document Relates To:   ) <br> ) <br> ALL ACTIONS.   ) <br> ) | Master File No. C-97-4362-SI <br> <u>CLASS ACTION</u> <br> [~~PROPOSED~~] ORDER AWARDING PLAINTIFFS' COUNSEL'S ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES <br> DATE: January 3, 2002 <br> TIME: 3:30 p.m. <br> COURTROOM: The Honorable Susan Illston |

THIS MATTER having come before the Court on January 3, 2002, on the application of plaintiffs' counsel for an award of attorneys' fees and reimbursement of expenses incurred in the above-captioned action; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of September 1, 2001 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Plaintiffs' Counsel attorneys' fees in the amount of thirty percent (30%) of the Settlement Fund plus litigation expenses incurred in an aggregate amount of $430,000.00, together with the interest earned on the cash portion of the award for the same period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated among Lead Plaintiffs' Counsel by Plaintiffs' Settlement Counsel in a manner which, in Plaintiffs' Settlement Counsel's good faith judgment, reflects each such Lead Plaintiffs' Counsel's contribution to the institution, prosecution and resolution of the litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the risks of non-recovery and the result obtained for the Class.

4. The awarded attorneys' fees and expenses shall be paid to Plaintiffs' Settlement Counsel within five (5) business days after the date this Order and the Judgment are executed subject

1 | to the terms, conditions and obligations of the Stipulation and in particular ¶6.2 thereof, which terms,
2 | conditions and obligations are incorporated herein.
3 |     IT IS SO ORDERED.

DATED: 1/3/02

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Submitted by:

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH
KEITH F. PARK
TRAVIS E. DOWNS, III
AMBER L. ECK
KAREN A. BATCHER

_____
KEITH F. PARK

600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
PATRICK J. COUGHLIN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
MATTHEW P. MONTGOMERY
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: 619/230-0800
619/230-1874 (fax)

```
 1  WOLF POPPER LLP
    MARIAN P. ROSNER
 2  PATRICIA I. AVERY
    845 Third Avenue
 3  New York, NY  10022
    Telephone: 212/759-4600
 4  212/486-2093 (fax)

 5  WEISS & YOURMAN
    KEVIN J. YOURMAN
 6  ELIZABETH P. LIN
    10940 Wilshire Blvd., 24th Floor
 7  Los Angeles, CA  90024
    Telephone: 310/208-2800
 8  310/209-2348 (fax)

 9  Co-Lead Counsel for Plaintiffs

10

11

12

...

28  N:\CASES\Sil-gra3.set\BMG82348.ORD
```

[PROPOSED] ORDER AWARDING PLAINTIFFS' COUNSEL'S ATTORNEYS'
FEES AND REIMBURSEMENT OF EXPENSES- C-97-4362-SI                    - 3 -