FILED

JAN X 3 2002

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SILICON GRAPHICS, INC. II SECURITIES LITIGATION | ) Master File No. C-97-4362-SI )<br>) CLASS ACTION )<br>) |
| This Document Relates To: | ) [PROPOSED] FINAL JUDGMENT AND ) ORDER OF DISMISSAL WITH ) PREJUDICE |
| ALL ACTIONS. | ) DATE: January 3, 2002<br>) TIME: 3:30 p.m.<br>) COURTROOM: The Honorable<br>       Susan Illston |

105 0

ENTERED IN CIVIL DOCKET 1/4/02

1    This matter came before the Court for hearing pursuant to the Order of this Court, dated

2  October 17, 2001, on the application of the parties for approval of the settlement set forth in the

3  Stipulation of Settlement dated as of September 1, 2001 (the "Stipulation"). Due and adequate notice

4  having been given to the Class as required in said Order, and the Court having considered all papers

5  filed and proceedings had herein and otherwise being fully informed in the premises and good cause

6  appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

7    1.    This Judgment incorporates by reference the definitions in the Stipulation, and all

8  terms used herein shall have the same meanings as set forth in the Stipulation.

9    2.    This Court has jurisdiction over the subject matter of the Litigation and over all

10  parties to the Litigation, including all Members of the Class.

11    3.    Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court has certified

12  a Class of all Persons (other than those Persons who timely and validly request exclusion from the

13  Class) who purchased or otherwise acquired the common stock of Silicon Graphics, Inc. ("SGI")

14  during the period July 24, 1997 through October 6, 1997. Excluded from the Class are Defendants

15  and all Released Persons ("Excluded Persons"), members of the immediate families of the Excluded

16  Persons, any entity in which any Excluded Person has or had a controlling interest, present or former

17  directors and officers of SGI, and the legal representatives, heirs, successors, or assigns of any such

18  Excluded Person or entity.

19    4.    With respect to the Class, this Court finds and concludes that: (a) the Members of the

20  Class are so numerous that joinder of all Class Members in the class action is impracticable; (b) there

21  are questions of law and fact common to the Class which predominate over any individual question;

22  (c) the claims of the Lead Plaintiffs are typical of the claims of the Class; (d) the Lead Plaintiffs and

23  their counsel have fairly and adequately represented and protected the interests of the Class

24  Members; and (e) a class action is superior to other available methods for the fair and efficient

25  adjudication of the controversy, considering: (i) the interests of the Members of the Class in

26  individually controlling the prosecution of the separate actions, (ii) the extent and nature of any

27  litigation concerning the controversy already commenced by Members of the Class, (iii) the

28

[PROPOSED] FINAL JUDGMENT AND ORDER
OF DISMISSAL WITH PREJUDICE- C-97-4362-SI                                    - 1 -

1  desirability or undesirability of concentrating the litigation of these claims in this particular forum,

2  and (iv) the difficulties likely to be encountered in the management of the class action.

3     5.     Pursuant to Fed. R. Civ. P. 23 and §3(a)(10) of the Securities Act of 1933, this Court

4  hereby approves the settlement set forth in the Stipulation and finds that said settlement is, in all

5  respects, fair, just, reasonable and adequate to the Class.

6     6.     Except as to any individual claim of those Persons who have validly and timely

7  requested exclusion from the Class (listed on Exhibit A hereto), the Litigation and all claims

8  contained therein, as well as all of the Released Claims are dismissed with prejudice as to the Lead

9  Plaintiffs and the other Members of the Class, and as against the Released Persons. The Settling

10  Parties are to bear their own costs, except as otherwise provided in the Stipulation.

11     7.     The Court finds that the Stipulation and settlement are fair, just, reasonable and

12  adequate as to each of the Settling Parties, and that the Stipulation and settlement are hereby finally

13  approved in all respects, and the Settling Parties are hereby directed to perform its terms.

14     8.     Upon the Effective Date hereof, the Lead Plaintiffs and each of the Class Members

15  shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever

16  released, relinquished and discharged all Released Claims against the Released Persons, whether or

17  not such Class Member executes and delivers the Proof of Claim and Release.

18     9.     All Class Members are hereby forever barred and enjoined from prosecuting the

19  Released Claims against the Released Persons.

20     10.     Upon the Effective Date hereto, each of the Released Persons shall be deemed to

21  have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished

22  and discharged each and all of the Class Members and counsel to the Lead Plaintiffs from all claims

23  (including "Unknown Claims"), arising out of, relating to, or in connection with the institution,

24  prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

25     11.     The Notice of Pendency and Proposed Settlement of Class Action given to the Class

26  was the best notice practicable under the circumstances, including the individual notice to all

27  Members of the Class who could be identified through reasonable effort. Said notice provided the

28  best notice practicable under the circumstances of those proceedings and of the matters set forth

[PROPOSED] FINAL JUDGMENT AND ORDER
OF DISMISSAL WITH PREJUDICE- C-97-4362-SI                                    - 2 -

1    therein, including the proposed settlement set forth in the Stipulation, to all Persons entitled to such

2    notice, and said notice fully satisfied the requirements of Fed. R. Civ. P. 23 and the requirements of

3    due process.

4        12.     Any Plan of Allocation submitted by Plaintiffs' Settlement Counsel or any order

5    entered regarding the attorneys' fees application shall in no way disturb or affect this Final Judgment

6    and shall be considered separate from this Final Judgment.

7        13.     Neither the Stipulation nor the settlement contained therein, nor any act performed

8    or document executed pursuant to or in furtherance of the Stipulation or the settlement: (i) is or may

9    be deemed to be or may be used as an admission of, or evidence of, the validity of any Released

10    Claim, or of any wrongdoing or liability of the Defendants, or (ii) is or may be deemed to be or may

11    be used as an admission of, or evidence of, any fault or omission of any of the Defendants in any

12    civil, criminal or administrative proceeding in any court, administrative agency or other tribunal.

13    Defendants may file the Stipulation and/or the Judgment from this action in any other action that

14    may be brought against them in order to support a defense or counterclaim based on principles of

15    *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any

16    theory of claim preclusion or issue preclusion or similar defense or counterclaim.

17        14.     Without affecting the finality of this Judgment in any way, this Court hereby retains

18    continuing jurisdiction over: (a) implementation of this settlement and any award or distribution of

19    the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund;

20    (c) hearing and determining applications for attorneys' fees, costs, interest and expenses in the

21    Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the

22    Stipulation, including, without limitation, ¶7.8 of the Stipulation.

23        15.     The Court finds that during the course of the Litigation, the Settling Parties and their

24    respective counsel at all times complied with the requirements of Fed. R. Civ. P. 11.

25        16.     In the event that the settlement does not become effective in accordance with the

26    terms of the Stipulation or in the event that the Settlement Fund, or any portion thereof, is returned

27    to the Defendants, then this Judgment shall be rendered null and void to the extent provided by and

28    in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and

1 | releases delivered in connection herewith shall be null and void to the extent provided by and in

2 | accordance with the Stipulation.

3 |     IT IS SO ORDERED.

4 |

5 | DATED: ___1/3/02___

6 |             THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

7 |

8 | Submitted by:

9 | MILBERG WEISS BERSHAD
  HYNES & LERACH LLP
WILLIAM S. LERACH

10 | KEITH F. PARK
TRAVIS E. DOWNS, III

11 | AMBER L. ECK
KAREN A. BATCHER

12 |

13 |

14 |           KEITH F. PARK

15 | 600 West Broadway, Suite 1800
San Diego, CA  92101

16 | Telephone: 619/231-1058

17 | MILBERG WEISS BERSHAD
  HYNES & LERACH LLP

18 | PATRICK J. COUGHLIN
100 Pine Street, Suite 2600

19 | San Francisco, CA  94111
Telephone:  415/288-4545

20 |

21 | BARRACK, RODOS & BACINE
STEPHEN R. BASSER

22 | MATTHEW P. MONTGOMERY
402 West Broadway, Suite 850

23 | San Diego, CA  92101
Telephone: 619/230-0800

24 |

25 |

26 |

27 |

28 |

[PROPOSED] FINAL JUDGMENT AND ORDER
OF DISMISSAL WITH PREJUDICE- C-97-4362-SI     - 4 -

1  WOLF POPPER LLP
   MARIAN ROSNER
2  PATRICIA I. AVERY
   845 Third Avenue
3  New York, NY 10022
   Telephone: 212/759-4600
4
   WEISS & YOURMAN
5  KEVIN J. YOURMAN
   ELIZABETH P. LIN
6  10940 Wilshire Blvd., 24th Floor
   Los Angeles, CA 90024
7  Telephone: 310/208-2800

8  Co-Lead Counsel for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  N:\CASES\Sil-gra3.set\DLM84248.jgt

    [PROPOSED] FINAL JUDGMENT AND ORDER
    OF DISMISSAL WITH PREJUDICE- C-97-4362-SI                    - 5 -